# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

2141 Joseph C. O'Mahoney
Federal Bldg
2120 Capitol Avenue
Cheyenne, WY 82001

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAY 2 8 2008

Stephan Harris, Clerk
Cheyenne

Neilson Craig Conover

PLAINTIFF

VS.

FILE NUMBER: 08-CV-137-D

FILED AS: Pro Se, Informa Pauperis

CIVIL RIGHTS: Federal Statute 440

TODAY'S DATE: 25 May 2008

Veterans Affairs Hospital
1898 Fort Road
Sheridan, Wyoming 82801

DEFENDANT(S): To include all associated churches and (male and female fraternal organizations, business associates / associations and other).
Employees, Patients, Volunteers, and Visitors from the dates 1 January 2008 thru The Date Of This Filing.

## FILING

Here comes Neilson Craig Conover, social security number 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 with allegations that the listed defendant(s) have in fact violated my civil rights under Federal Statute 440 causing me mental pain, suffering, guilt and fear by stalking, intent to stalk, conspiracy to stalk, battery, attempted murder and other. Excommunication/intervention by the defendant(s) utilizing voice, television-cable, radio to include-(FM, AM, short wave), print to include-(newspapers, magazines, advertisements), telephones, cell phones, cell phone cameras, computer-(e-mail, web sites, chat lines, pictures, videos), United States Mail, sound, colors and Numbers defendant(s) physical activity to and about my person have been the tools (not limited) in carrying out the excommunication/intervention agenda of the defendant(s). I Neilson Craig Conover demand the following monetary compensation for this non-sense of excommunication/intervention/taking law into their own hands.

Each defendant: organization, directing/architecting/initiating/planning, this conspiracy:   100 million dollars (not limited)

Each defendant: individual, directing/architecting/initiating/planning, this conspiracy:   5 million dollars (not limited)

Each defendant: organization, participating/contributing to this conspiracy:   10 million dollars (not limited)

Each defendant: individual, participating/contributing to this conspiracy:   1 million dollars (not limited)

As it goes judge, I have been through the ringer with the defendant(s): imitating my family members, mimicking my physical actions, mimicking-contributing at distance to my topics of thought/conversation, jumping in front of me, motioning in front of me, pushing shopping carts in front of me, coughing in my presence, sneezing in my presence, sniffing in my presence, scraping feet in my presence, performing an exaggerated physical movement in my presence to include opening their

ncc   Defendants → Hacking Into E-Mail / Opening My U.S Mail

wallets when they know I am broke, flashing their keys in front of me, taking cell phone pictures of me, passing themselves with sayings on their clothing relative to my life in front of me, manipulating a situation of hope in front of me to produce joy or displeasure, mentioning a topic in my life at distance to a third party, following me everywhere by methods listed in the first paragraph, driving personal vehicles with license plate numbers relative to my personal life at me, passing commercial vehicles at me with sign advertisements written on the side relative to my personal life, untrue medical diagnosis given to me at various (V.A. hospitals and other), given drugs-in my beer at bars, hit in the head with a pipe while I was drinking open container in public, stealing my personal belongings and other sweat practiced cute trinkets and annoying actions constituting life threatening situations. Many of there incidences, I have filed in written to United States Intelligence which they should have on file. I understand that as a single act, this constitutes every day living. However Judge, multiply this by a hundred times a day and you have an accurate idea of what I go through. The defendant(s) also have giving me information sensitive in nature to national security, which may be another reason the defendant(s) have persisted in excommunication/intervention of my person, trying to kill me/get me to kill myself: and because of this information an attempt by the defendant(s) to wrap me up so the Court will not hear this case. Of recent I experienced excommunication / intervention:

At Work: ADLER WELDING 307.672.9841

At Veterans Affairs Hospital: Sheridan, Wyoming 82801

At The Town Of Sheridan, Wyoming 82801 Roadway, Stores, Every where.

---

This is scratching the surface of the iceberg relative to what has happened since 1997 or prior, when I believe the excommunication/intervention started. Do to past injuries incurred from excommunication/intervention, I request a cease and desist and restraining order be issued by the court by Federal Marshals to the defendant(s) at this time. I want to make it clear to the Court that I am not a member of any fraternal organization or any United States Intelligence Group. I request from the Court, the privilege of adding defendant(s) and demand(s) to this filing as information is exposed by law. The defendant(s) have taken law into their own hands to make changes to my life to satisfy their own desires, (with out my permission). The defendant(s) have also tried to discredit federal law by flooding/overloading information to me (records with United States Intelligence) in hope my writings will be diluted/obscured relative to the initial charges by me against the defendant(s). Judge, God forbid if the defendants associate my actions directed at them of law: and because of their belief in heritage and legacy issues plan recourse some time in the future against my relatives and friends. The defendants many times direct through their channels those associated with their organizations to do their dirty work. These soles / less fortunate, often have no financial wherewithal. If the defendants have written permission to place my life at risk, I request the Court to demand that the defendant(s) produce this paperwork to the Court and me at once.

Submitted With The Highest Regards,

*Nelson CJ Conover*
15334 / 6362

RT Thumb

Neilson Craig Conover

United States Veteran

---

Judge; I Request United States Intelligence To Investigate My Allegation And Report The Findings To Myself And The Court. It Is My Belief That Information Gained From Interrogation Of Defendants Will Yield Technology Hazardous To Freedom, Justice And Liberty.

Submitted With The Highest Regards,

*Nelson CJ Conover*
15334 / 6362

RT Thumb